PD-0165-15

PD-0165-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/11/2015 2:32:56 PM
Accepted 2/12/2015 9:25:12 AM
ABEL ACOSTA
CLERK

**NO. 06-14-00044-CR**

| | |
|---|---|
| **ERIC L. HILL** | **COURT OF CRIMINAL** |
| **VS.** | **OF APPEALS** |
| **THE STATE OF TEXAS** | **STATE OF TEXAS** |

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO**

**FILE**

**PETITION FOR DISCRETIONARY REVIEW**

COMES NOW Eric L. Hill, Appellant, and moves this Court pursuant to Tex. R. App. Proc. 10.5 and 68.2(c) for and extension of fifteen (15) day's or until February 23, 2015, in which to file the Appellant's Petition for Discretionary Review herein. In support, Appellant would show the following;

1. Appellant was convicted of Continuance Violence against Family.

2. On February 26, 2014, Appellant was found guilty by a jury and the jury assessed a sentence of twenty-seven (27) years confinement in prison.

3. The Sixth Court of Appeals issued its opinion on January 9, 2014, in which it affirmed the Appellant's conviction. Said case is styled

Eric L. Hill v. The State of Texas, Appellate Case Number 06-14-00044-CR, Trial Court Case Number 43,089-B.

4. This is the first request for extension of time.

5. Appellant requests an extension until February 23, 2015.

6. Good cause exists for the granting of the motion:

Appellant's attorney was preparing for jury trials in the 115th District Court of Upshur County for the two week jury session beginning January 12, 2015: State v. Carlos Bunch, Jr. Cause Number 12503; State v. Alton Ray Easley, Jr., Cause Numbers 16346, 16499, and 16647; State v. David Bruce Williams, Cause Number 16580; State v. Ronald Ray Hohensee, Cause Number 16696; State v. Mary Ellen Clark, Cause Number 16723; State v. Christopher Alan Ray, Cause Number 16784; State v. Cortney Lee Fields, Cause Number 16828; State v. Megan Malota, Cause Number 16861; State v. Kelly Wayne Haney, Cause Number 16881; and State v. Lester Shane Browning, Cause Number 16875.Further, Appellant's attorney was preparing for a jury trial in the 124th District Court of Gregg County for the week of January 26, 2015: State v. Jeremy Scott, Cause Number 43,891-B. Further, Appellant's attorney has recently submitted briefs to the Sixth

Court of Appeals in the following cases: State v. Casey Dale

Hammack, Case Number 06-14-00175-CR and State v. Cory

Martin Colvin, Case Number 06-14-00163-CR.

7.  This motion is not sought for purposes of delay, but so that justice

may be done.  Therefore, Appellant requests until February 23,

2015, in which to complete his Petition for Discretionary Review.

Respectfully submitted,

/s/Tim Cone

_____

Tim Cone, Attorney at Law
State Bar No. 04660350
P.O. Box 413
Gilmer, Texas  75644
Tel: (903) 725-6270
Fax: (903) 725-5494
e-mail:timcone6@aol.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document has been delivered to all counsel of record, on this the 11th day of February, 2015.

/s/Tim Cone

_____

Tim Cone, Attorney at Law